IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–01328–EWN–MEH

GENESIO ZOMPARELLI,

    Plaintiff,

v.

FAIRBANKS CAPITAL CORPORATION,
U.S. BANK NATIONAL ASSOCIATION
  as Trustee of CSFB HEAT SERIES 2002-2,
MERITAGE MORTGAGE CORP.,
PUBLIC TRUSTEE OF JEFFERSON COUNTY,
CASTLE MEINHOLD & STAWIARSKI, LLC,
MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.,
and any and all other parties claiming an interest under the defendants,

    Defendants.

**ORDER**

Pursuant to local rule 41.1, it is

ORDERED that this case be dismissed for failure to prosecute.

Dated this 13th day of March, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge